In the Matter of the Application of EDWIN D. FORD, JR., for Admission to Practice as an Attorney and Counselor at Law. (From the State of Minnesota.) — The application is denied. The applicant has not had five years of practice in the State of Minnesota where he was admitted. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of ELMER O. GOODWIN for Admission to Practice as an Attorney and Counselor at Law. (From the State of New Jersey.) — The application is denied. Applicant is not now a resident of this State and, therefore, may not be admitted. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

In the Matter of CHARLES EDWARD LONG, an Attorney; RICHARD H. LEVET, an Attorney, and DOROTHY KROMER LITTELL, Respondents.— It is fully demonstrated by the record and indicated by the argument in open court that Mr. Fallon conducted himself in an honorable manner and did nothing which warranted criticism. This is a complete vindication of his position and makes unnecessary any further action. The motion is denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of Supplementary Proceedings: NEW YORK CREDIT MEN'S ASSOCIATION, Judgment Creditor, Respondent, v. JACOB SCHNEIDER and Others, Judgment Debtors, and DORA SCHNEIDER, Third Party, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 247 App. Div. 896.] The following question is certified: On this record should the motion of the third party to dismiss the suboepna have been granted? Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Petition of MURRAY NITSBERG for Reinstatement as an Attorney and Counselor at Law. (Proceeding No. 2.) — Motion to vacate order of disbarment and for other relief denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of HARRY SCHARAGA, Judgment Creditor, Appellant, v. EVA SHEAR, Judgment Debtor; EDWARD B. BERMAN, Receiver, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. The applicant fails to show compliance with the rule of this court dated October 31, 1934, and published in the New York Law Journal. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.

EDWARD KESTLER, Respondent, v. ARTHUR WEISSENFELS and Another, Appellants, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.